IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

2007 FEB -8  P 12: 41

| | |
|---|---|
| C.D. BURGESS, JR.,ETAL ) | |
| ) | |
| v. ) | Case No. CV206-140 |
| ) | |
| HONEYWELL INTERNATIONAL,INC. ) | |
| *formerly known as* ALLIEDSIGNAL,INC. and ) | |
| *formerly known as* ALLIED CHEMICAL CORP) | |

# ORDER

Upon consideration of the following motions with the appropriate pleading numbers listed, said motions are dismissed as moot in view of a settlement between the parties.

Motion for Partial Summary Judgment #07.
Motion for Judgment on the Pleadings # 09.

SO ORDERED this 8th day of February, 2007.

ANTHONY A. ALAIMO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA